1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7  TODD M. CHISM, individually,

8                          Plaintiff,

9          v.

10 STATE OF WASHINGTON, by and
   through the WASHINGTON STATE
11 PATROL; GREG RIDDELL,
   individually; and GREG
12 BIRKELAND, individually,

13                          Defendants.

|                            |
|----------------------------|
| NO:  12-CV-0386-TOR        |
|                            |
| ORDER OF DISMISSAL WITH    |
| PREJUDICE                  |

14

15      BEFORE THE COURT is the parties' Stipulated Motion for Order of

16 Dismissal with Prejudice (ECF No. 41).  Pursuant to the parties' stipulation, the

17 Court will dismiss this case with prejudice and without costs or attorney's fees to

18 either party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

19 //

20 //

   //


ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

2

   Pursuant to the parties' Stipulation for Dismissal (ECF No. 41), all claims

3

and causes of action in this matter are **DISMISSED** with prejudice and without

4

costs or fees to any party.  All pending motions are **DENIED** as moot.

5

   The District Court Executive is hereby directed to enter this Order, furnish

6

copies to counsel, and **CLOSE** the file.

7

   **DATED** September 27, 2013.

8



9

   THOMAS O. RICE
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2